

**FILED**

NOV 19 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8933

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| | Importation of a Controlled Substance |
| Alejandro GALAVIZ-Moreno | (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about November 16, 2007, within the Southern District of California, defendant Alejandro GALAVIZ-Moreno did knowingly and intentionally import approximately 22.16 kilograms (48.75 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Sara Galvan ICE Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS NINENETEENTH, DAY OF NOVEMBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Sara Galvan, declare under penalty of perjury, the following is true and correct:

On November 16, 2007, Alejandro GALAVIZ-Moreno entered the United States through the Calexico, California West Port of Entry. GALAVIZ-Moreno was the driver and registered owner of a 1997 Ford F-150.

GALAVIZ-Moreno claimed to Customs and Border Protection Officer (CBPO) M. Price that he bought the vehicle approximately two months but the registration indicated he had been the registered owner for three days. CBPO Price noticed the vehicle had few crossings and lacked personal effects from GALAVIZ-Moreno. GALAVIZ-Moreno and the vehicle were referred to secondary.

CBPO Estrada asked GALAVIZ-Moreno who the owner of the vehicle was and how long he had owned it. To this he responded he was the owner and that he had purchased it one week ago.

CEO Alba and his HNDD were conducting a lot sweep at the time GALAVIZ-Moreno were referred to the vehicle secondary lot to which CEO-62 alerted to the front wall of the vehicle's bed. The vehicle was then transported to the Calexico East Port of Entry for an X-ray revealing an anomaly on the front wall of the vehicle's bed. The area was drilled revealing a white powdery substance. The substance was field-tested resulting positive for the presence of cocaine. A total of 20 packages were removed from the vehicle with a net weight of approximately 22.16 kilograms (48.75 pounds) of cocaine.

GALAVIZ-Moreno was placed under Miranda and stated that he wished to speak to his attorney prior to answering further questions.

Executed on 11/16/2007 @ 1830 p.m.

_____
SARA GALVAN
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 1 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on November 16, 2007 in violation of Title 21, United States Code, Sections 952 & 960.

_____          _11/17/07 @ 11:25 a.m._
United States Magistrate Judge          November 16, 2007

*/7*