UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )    Case No. 07mj8933
                                    )
v.                                  )
                                    )
ALEJANDRO GALAVIZ-MORENO,           )
                                    )
              Defendant.            )
_____)

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101

Dated:  November 26, 2007                    /s/ John  C.  Ellis,  Jr.
                                        JOHN C. ELLIS, JR.
                                        Federal Defenders
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        john_ellis@fd.org